EDITH LENDBERG, EXECUTRIX, ETC., v. THE BROTHERTON IRON MINING COMPANY.

[See 75 Mich. 84.]

*Master and servant—Contributory negligence.*

A verdict is held to have been properly directed in favor of the defendant, as, under plaintiff's own testimony, decedent is shown to have come to his death from injuries received by reason of his own negligence.

Error to Gogebic. (Haire, J.) Argued October 12, 1893. Decided November 10, 1893.

Negligence case. Plaintiff brings error. Affirmed. The facts are stated in the opinion, and in 75 Mich. 84.

*Button & Norris,* for appellant.

*Hayden, Humphrey & Young* (*M. M. Riley* and *George W. Hayden,* of counsel), for defendant.

Long, J. This case was in this Court before, and is reported in 75 Mich. 84. It has again been tried, and verdict directed in favor of the defendant. The court directed the jury that the case in all respects was as it appeared upon the former trial, and that, under the ruling made by this Court upon the former record, defendant was entitled to their verdict.

Whether or not the court was right in the reasons given for directing a verdict in favor of defendant is immaterial, inasmuch as we think, under plaintiff's own testimony, it is shown that the deceased came to his death from injuries received by reason of his own negligence. It appears without contradiction that he had been directed by the officers of the defendant company not to work at the pump during the time the men at the windlass were raising or lowering the buckets. He knew, at the time, that the buckets were being so used.

As this must dispose of the case, the other questions will not be discussed.

Judgment is affirmed.

The other Justices concurred.